ALYEA, Appellant, v. ELIAS, Respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by William Alyea against Joseph Elias. No opinion. Motion to resettle order denied. The order as settled and filed is in accordance with the decision, and the error is in the copy served.

AMERICAN DE FOREST WIRELESS TELEGRAPH CO. v. HOLLISTER et al. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by American De Forest Wireless Telegraph Company against T. Lloyd Hollister and others. No opinion. Motion denied, on payment of $10 costs.

ANDERSON, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by Robert J. Anderson against the city of New York and John J. Creem.

PER CURIAM. Judgment modified, by striking out the provision for an extra allowance, for want of power in the court at Trial Term to grant the same, and judgment as modified and order unanimously affirmed, without costs.

In re ARTHUR AVE. (Supreme Court, Appellate Division, First Department. June 26, 1905.) In the matter of Arthur Avenue. No opinion. Motion denied, on payment of $10 costs.

BARON v. FRELICH. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Louis L. Baron against Samuel Frelich. No opinion. Motion denied, with $10 costs.

BARTINDALE, Respondent, v. BLEASBY et al., Appellants. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Jack W. Bartindale against Henry Bleasby and others. G. A. Strong, for appellants. M. L. Arnstein, for respondent. No opinion. Order modified by reducing attachment to $1,000, and, as so modified, affirmed, without costs.

BATES et al., Respondents, v. MEXICAN RY. CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Norbert B. Bates and others against the Mexican Railway Company, impleaded. J. N. Blair, for appellant. H. L. Scheuerman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

BAUER et al., Respondents, v. MULVIHILL, Appellant. (Supreme Court, Appellate Term. May 23, 1905.) Appeal from Municipal Court, Borough of Manhattan, Seventh District. Action by Jacob Bauer and another against Mary E. Mulvihill. From a judgment in favor of plaintiffs, defendant appeals. Affirmed. Sol A. Hyman, for appellant. Mandelbaum Bros., for respondents.

PER CURIAM. There are no exceptions in the case. In fact, the appellant appears to

94 N.Y.S.—72

have acquiesced in the charge to the jury. The judgment and order appealed from are affirmed, with costs.

BAYNARD, Respondent, v. STANDARD KNITTING MILLS CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by Harriet O. Baynard against the Standard Knitting Mills Company.

PER CURIAM. Judgment modified by striking out the provision for an extra allowance for want of power in the court at Trial Term to grant the same, and judgment as modified and order unanimously affirmed, without costs. See 85 N. Y. Supp. 784.

BEAN v. NEW YORK EDISON CO. (Supreme Court, Appellate Term. May 23, 1905.) Appeal from Municipal Court, Borough of Manhattan, Eighth District. Action by Josephine Bean against the New York Edison Company. From a judgment in favor of plaintiff for less than claimed, both parties appeal. Reversed on defendant's appeal. Plaintiff's appeal dismissed. De Lagnel Berier, for plaintiff. Beardsley & Hemmens, for defendant.

PER CURIAM. The judgment is reversed, on the authority of Storey v. Mayor, Aldermen, and Commonalty of the City of New York, 29 App. Div. 316, 51 N. Y. Supp. 580. and a new trial ordered, with costs to the defendant to abide the event. The reversal of the judgment on the appeal of the defendant renders it unnecessary to discuss the question raised by the plaintiff on her appeal. The complaint should have been dismissed at the close of the plaintiff's case, and plaintiff, not being entitled to any judgment, cannot complain that the judgment is too small. The appeal of the plaintiff is dismissed, with costs.

BEAN v. NEW YORK EDISON CO. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by Josephine Bean against the New York Edison Company. No opinion. Motion granted.

BERNHEIMER et al. v. HARTMAYER. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by Simon E. Bernheimer and others against Mary Hartmayer, as administratrix. No opinion. Motion granted, with $10 costs.

BEROLZHEIMER, Appellant, v. BOARD OF EDUCATION et al., Respondents. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Philip Berolzheimer against the board of education and others. C. Seasongood, for appellant. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

BINSWANGER v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by Max Binswanger against New York Central & Hudson River Railroad Company. Werner & Harris, for plaintiff. Harris & Harris, for defendant.